727 A.2d 569

Anthony SPRUILL, Appellant,

v.

PENNSYLVANIA GENERAL ASSEMBLY and Pennsylvania
Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

April 22, 1999.

JURISDICTIONAL REVIEW

## ORDER

PER CURIAM:

AND NOW, this **22nd** day of **April, 1999,** probable jurisdiction is noted and the order appealed is affirmed.